# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, ) | Case No. 2:14-cv-00869-JAD-NJK |
| Plaintiff(s), ) ) | ORDER GRANTING MOTION FOR LEAVE TO AMEND |
| vs. ) ) | (Docket No. 30) |
| LIBERTY DUCT, LLC, et al., ) ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant Liberty Duct's motion for leave to file an amended answer, filed on December 16, 2015. Docket No. 30. To date, no response has been filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Pursuant to Local Rule 15-1(b), no later than January 12, 2016, Defendant Liberty Duct shall file and serve the amended answer.

IT IS SO ORDERED.

DATED: January 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge