# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, | Case No. 2:14-cv-00869-JAD-NJK |
| Plaintiff(s), | ORDER GRANTING MOTION FOR LEAVE TO FILE |
| vs. | (Docket No. 31) |
| LIBERTY DUCT, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant Liberty Duct's motion for leave to file a third-party complaint, filed on December 16, 2015. Docket No. 31. To date, no response has been filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). No later than January 12, 2016, Defendant Liberty Duct shall file the third-party complaint on the docket. Defendant Liberty Duct shall promptly take appropriate steps to serve the third-party complaint on Archer Western Contractors, LLC.

IT IS SO ORDERED.

DATED: January 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge