# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, | Case No. 2:14-cv-00869-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| LIBERTY DUCT, LLC, et al., | (Docket No. 36) |
| Defendant(s). | |

Pending before the Court is Defendant Liberty Duct's motion to stay discovery pending the appearance of third-party defendant Archer Western Contractors, LLC. Docket No. 36. Any response to that motion must be filed no later than January 11, 2016.

IT IS SO ORDERED.

DATED: January 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge