STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
JEFFERSON W. BOSWELL, ESQ.
Nevada Bar No. 11776
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Facsimile: (702) 990-7273
smeacham@peelbrimley.com
jboswell@peelbrimley.com
*Attorneys for Gallagher-Kaiser Corp.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC,<br>BIO-SHIELD TECH LLC,<br><br>Defendants. | CASE NO.: 2:14-cv-00869-JAD-NJK<br><br><br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STAY**<br><br>ECF No. 86 |
| LIBERTY DUCT, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ARCHER WESTERN CONTRACTORS, LLC,<br><br>Third-Party Defendant. | |

Plaintiff, GALLAGHER-KAISER CORP ("GK"), by and through their counsel of record, PEEL BRIMLEY LLP, and Defendant/Third-Party Plaintiff, LIBERTY DUCT, LLC, by and through their counsel of record THE MARKS LAW GROUP, and Defendant BIO-SHIELD TECH, LLC, by and through their counsel of record MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH, LLP, and Third-Party Defendant, ARCHER WESTERN CONTRACTORS LLC ("AWC"), by and through their counsel of record, KRAFTSON CAUDLE and THE FAUX LAW GROUP, hereby jointly stipulate and request an order to continue the stay in this case.

This joint stipulation is made for good cause and is not made with any intent to delay these proceedings. As the Court is aware, the stay was put in place because many of the disputes at issue in the Office of Dispute Resolution for Acquisition ("ODRA") proceedings are relevant to the present matter.

The ODRA hearing is scheduled to commence in February 2019. It is unlikely that ODRA will issue a decision prior to May or June 2019. Whereas a telephonic status conference is currently schedule for December 3, 2018, the parties request the status conference be vacated for the convenience of the Court and the parties, and the Court continue the stay and reschedule the status conference for May or June 2019 or as otherwise determined by the Court.

Dated this 26th day of November, 2018.

| | |
|---|---|
| **PEEL BRIMLEY, LLP** | **THE MARKS LAW GROUP, LLP** |
| /s/ Steven D. Meacham, Esq. | /s/ Eileen Mulligan Marks, Esq. |
| STEVEN D. MEACHAM, ESQ. | EILEEN MULLIGAN MARKS, ESQ. |
| Nevada Bar No. 9863 | Nevada State Bar No. 005708 |
| 3333 E. Serene Avenue, Suite 200 | 1120 Town Center Drive, Suite 200 |
| Henderson, Nevada 89074-6571 | Las Vegas, Nevada 89144 |
| Telephone: (702) 990-7272 | Telephone: (702) 341-7870 |
| *Attorneys for Gallagher-Kaiser Corp.* | *Attorneys for Liberty Duct, LLC* |
| **KRAFTSON CAUDLE** | **McCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH, LLC** |
| /s/ Brad C. Friend, Esq. | /s/ Michael R. Merritt, Esq. |
| BRAD C. FRIEND, ESQ. | MICHAEL R. MERRITT, ESQ. |
| *Admitted Pro Hac Vice* | Nevada Bar No. 5720 |
| Virginia Bar No. 65462 | 8337 W. Sunset Road, Ste. 350, |
| 1600 Tysons Boulevard, Suite 250 | Las Vegas, NV 89113 |
| McLean, Virginia 22102 | Telephone: (702) 949-1100 |
| Telephone: (703) 873-5500 | *Attorneys for Bio-Shield Tech, LLC* |

### ORDER

Based on the parties' stipulation **[ECF No. 86]** and good cause appearing, IT IS HEREBY ORDERED that the Telephonic Status Conference set for 12/3/2018 at 10:30 AM in LV Courtroom 6D before Judge Jennifer A. Dorsey is CONTINUED to June 3, 2019 at 3:30 PM.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 27, 2018