STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO. : 2:14-cv-00869<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE TO DEFENDANT NGM INSURANCE COMPANY'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>(First Request) |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, and Defendant, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., hereby stipulate and agree as follows:

**WHEREAS,** NGM filed its Motion to Dismiss Third Amended Complaint on April 10, 2023 ("Motion");

**WHEREAS,** the original deadline for GK to file its Response Brief ("Response") to the Motion is April 24, 2023;

**WHEREAS,** due to scheduling conflicts, GK requested and received from NGM's counsel an additional week to file its Response to the Motion;

**THEREFORE**, the parties agree and stipulate that GK shall have up to and including Monday, May 1st, 2023 to file its Response to the Motion.

**IT IS SO STIPULATED.**

Dated this 24th day of April, 2023.

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **BARRETT | MATURA** |
| /s/ Cary Domina | /s/ Kevin Barrett |
| STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>CARY B. DOMINA, ESQ.<br>Nevada Bar No. 10567<br>3333 E. Serene Ave, Suite 200<br>Henderson, NV 89074<br>Telephone: (702) 990-7272<br>*Attorneys for Gallagher-Kaiser Corporation* | KEVIN BARRETT, ESQ.<br>Nevada Bar No. 8959<br>8925 East Pima Center Parkway, Suite 215<br>Scottsdale, Arizona 85258<br>Direct: 602-792-5718<br>Fax: 602-792-5710<br>kbarrett@barrettmatura.com<br>*Attorney for NGM Insurance Company* |

**IT IS SO ORDERED**.

_____ 4-24-23
US District Court Judge