Kevin C. Barrett, State Bar No. 8959
**Barrett & Matura, P.C.**
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
Telephone: (702) 833-1033
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
*Attorneys for Defendant*
*NGM Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | Case No. 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT NGM INSURANCE COMPANY'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant NGM Insurance Company ("NGM"), by and through its attorneys of record, and Plaintiff Gallagher-Kaiser Corporation ("GKC"), by and through its attorneys of record, hereby stipulate and agree as follows:

**WHEREAS**, NGM filed its Motion to Dismiss Third Amended Complaint on April 10, 2023 ("Motion");

**WHEREAS**, GKC filed its Response to NGM's Motion on May 1, 2023;

**WHEREAS**, the original deadline for NGM to file its Reply to GKC's Response ("Reply") is May 8, 2023;

**WHEREAS**, due to scheduling conflicts, NGM requested and received from GKC's counsel an additional week to file its Reply to the Response;

**THEREFORE**, the parties agree and stipulate that NGM shall have up to and including Monday, May 15, 2023, to file its Reply in support of its Motion.

Dated on May 3, 2023.

| | |
|---|---|
| PEEL BRIMLEY, LLP | BARRETT & MATURA, P.C. |
| By: /s/ *Cary B. Domina* <br> Steven D. Meacham <br> Cary B. Domina <br> 3333 East Serene Avenue, Suite 200 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff* | By: /s/ *Kevin C. Barrett* <br> Kevin C. Barrett <br> 7575 Vegas Drive, Suite 150c <br> Las Vegas, Nevada 89128 <br> *Attorneys for Defendant NGM Insurance Company* |

**IT IS SO ORDERED.**

May 3, 2023

**U.S. District Court Judge**