Kevin C. Barrett, State Bar No. 8959
**Barrett & Matura, P.C.**
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
Telephone: (702) 833-1033
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
*Attorneys for Defendant*
*NGM Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | Case No. 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING DEADLINE FOR DEFENDANT NGM INSURANCE COMPANY TO FILE MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant NGM Insurance Company ("NGM"), by and through its attorneys of record, and Plaintiff Gallagher-Kaiser Corporation ("GKC"), by and through its attorneys of record, hereby stipulate and agree as follows:

**WHEREAS**, the Court granted NGM's Motion to Dismiss GKC's Third Amended Complaint without prejudice with leave to amend, ordering that GKC file its Fourth Amended Complaint by December 20, 2023, and a Motion to Dismiss be filed by January 10, 2024 (Doc.182);

1  **WHEREAS**, GKC filed its Fourth Amended Complaint (Doc.184) on December 20, 2023 ("Complaint");

3  **WHEREAS**, due to scheduling conflicts, NGM requested and received from GKC's counsel an additional week to file its Motion to Dismiss;

5  **THEREFORE**, the parties agree and stipulate that NGM shall have up to and including Wednesday, January 17, 2024, to file its Motion to Dismiss.

Dated on January 9, 2024.

| PEEL BRIMLEY, LLP | BARRETT & MATURA, P.C. |
|---|---|
| By: /s/ *Cary B. Domina* <br> Steven D. Meacham <br> Cary B. Domina <br> 3333 East Serene Avenue, Suite 200 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff* | By: /s/ *Kevin C. Barrett* <br> Kevin C. Barrett <br> 7575 Vegas Drive, Suite 150c <br> Las Vegas, Nevada 89128 <br> *Attorneys for Defendant NGM Insurance Company* |

**IT IS SO ORDERED.**
January 10, 2024

**U.S. District Court Judge**

2