STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO.  : 2:14-cv-00869<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE TO DEFENDANT NGM INSURANCE COMPANY'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT**<br><br>(Second Request) |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, and Defendant, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., hereby stipulate and agree as follows:

**WHEREAS,** GK filed its Fourth Amended Complaint on December 20, 2024 [Doc. 184] ("Fourth Amended Complaint");

**WHEREAS,** NGM filed its Motion to Dismiss Fourth Amended Complaint on January 17, 2024 [Doc. 188] ("Motion");

**WHEREAS,** the original deadline for GK to file its Response Brief ("Response") to the Motion was Wednesday, January 31, 2024;

**WHEREAS,** due to scheduling conflicts, GK initially requested and received from NGM's counsel an additional two weeks to file its Response to the Motion, such that the Response would have been due on Wednesday, February 14, 2024;

**WHEREAS**, since receiving the initial 2-week extension from NGM's counsel, GK's counsel has encountered additional scheduling conflicts and has requested and received from NGM's counsel one additional week to file the Response to the Motion, such that the Response is now due on Wednesday, February 21, 2024;

**THEREFORE**, the parties agree and stipulate that GK shall have up to and including Wednesday, February 21, 2024 to file its Response to the Motion.

**IT IS SO STIPULATED.**

Dated this 8th day of February, 2024.

| PEEL BRIMLEY LLP | BARRETT | MATURA |
|---|---|
| /s/ Cary Domina | /s/ Jennifer Bahling |
| STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>CARY B. DOMINA, ESQ.<br>Nevada Bar No. 10567<br>3333 E. Serene Ave, Suite 200<br>Henderson, NV 89074<br>Telephone: (702) 990-7272<br>*Attorneys for Gallagher-Kaiser Corporation* | KEVIN BARRETT, ESQ.<br>Nevada Bar No. 8959<br>7575 Vegas Drive, Suite 150c<br>Las Vegas, Nevada 89128<br>Direct: 602-792-5718<br>Fax: 602-792-5710<br>kbarrett@barrettmatura.com<br>*Attorney for NGM Insurance Company* |

**IT IS SO ORDERED**.

_____
**US District Court Judge**

| | |
|---|---|
| **From:** | Jennifer Bahling |
| **To:** | Cary Domina |
| **Cc:** | Kevin Barrett; Holly McGee; Steve Meacham |
| **Subject:** | Re: Gallagher-Kaiser v. Liberty Duct - MTD Meet and Confer |
| **Date:** | Friday, February 9, 2024 4:47:30 AM |
| **Attachments:** | image009.png |

Cary:

Looks good. You may sign and file.

Jennifer

Sent from my iPhone

On Feb 8, 2024, at 7:59 PM, Cary Domina <cdomina@peelbrimley.com> wrote:

Hi Jennifer:

Please let me know if you are okay with the attached SAO and authorize us to submit it to chambers with your electronic signature. Thanks.

Sincerely,

**Cary B. Domina, Esq.**
**PARTNER**

<image001.jpg>

<image002.jpg>
NEVADA OFFICE: 3333 E. Serene Avenue - Suite 200 - Henderson - Nevada - 89074

<image003.jpg>
NEVADA OFFICE PHONE: (702) 990-7272

<image004.jpg>
NEVADA OFFICE FAX: (702) 990-7273

<image002.jpg>
WASHINGTON OFFICE: 1700 7th Avenue, Suite 2100 - Seattle – Washington - 98101

<image003.jpg>
WASHINGTON OFFICE PHONE: (206) 770-3339

<image004.jpg>
WASHINGTON OFFICE FAX: (702) 990-7273