```
 1  Kevin C. Barrett, State Bar No. 8959
    **Barrett & Matura, P.C.**
 2  7575 Vegas Drive, Suite 150c
    Las Vegas, Nevada 89128
 3  Telephone: (702) 833-1033
    Facsimile: (602) 792-5710
 4  kbarrett@barrettmatura.com
    *Attorneys for Defendant*
 5  *NGM Insurance Company*
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | Case No. 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT NGM INSURANCE COMPANY'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant NGM Insurance Company ("NGM"), by and through its attorneys of record, and Plaintiff Gallagher-Kaiser Corporation ("GKC"), by and through its attorneys of record, hereby stipulate and agree as follows:

**WHEREAS**, NGM filed its Motion to Dismiss Fourth Amended Complaint on January 17, 2024 ("Motion");

**WHEREAS**, GKC filed its Response to NGM's Motion on February 21, 2024;

**WHEREAS**, the original deadline for NGM to file its Reply to GKC's Response ("Reply") is February 28, 2024;

**WHEREAS**, due to scheduling conflicts, NGM requested and received from GKC's counsel an additional two weeks to file its Reply to the Response;

**THEREFORE**, the parties agree and stipulate that NGM shall have up to and including March 13, 2024, to file its Reply in support of its Motion.

Dated on February 28, 2024.

| PEEL BRIMLEY, LLP | BARRETT & MATURA, P.C. |
|---|---|
| By: /s/ *Cary B. Domina* <br> Steven D. Meacham <br> Cary B. Domina <br> 3333 East Serene Avenue, Suite 200 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff* | By: /s/ *Kevin C. Barrett* <br> Kevin C. Barrett <br> 7575 Vegas Drive, Suite 150c <br> Las Vegas, Nevada 89128 <br> *Attorneys for Defendant NGM Insurance Company* |

**IT IS SO ORDERED.**

_____
**U.S. District Court Judge**

2