1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin C. Barrett, State Bar No. 8959
**Barrett & Matura, P.C.**
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
Telephone: (702) 833-1033
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
*Attorneys for Defendant*
*NGM Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive, <br><br> Defendants. | Case No. 2:14-cv-00869-GMN-DJA <br><br> **STIPULATION AND REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT NGM INSURANCE COMPANY'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT** <br><br> **(Second Request)** |

Defendant NGM Insurance Company ("NGM"), by and through its attorneys of record, and Plaintiff Gallagher-Kaiser Corporation ("GKC"), by and through its attorneys of record, hereby stipulate and agree as follows:

**WHEREAS**, NGM filed its Motion to Dismiss Fourth Amended Complaint on January 17, 2024 ("Motion");

**WHEREAS**, GKC filed its Response to NGM's Motion on February 21, 2024;

1      **WHEREAS**, the original deadline for NGM to file its Reply to GKC's Response

2  ("Reply") is February 28, 2024, which was extended by stipulation [Doc. 196] to March 13,

3  2024;

4      **WHEREAS**, due to various scheduling and personal reasons, NGM requested and

5  received from GKC's counsel an additional one week to file its Reply to the Response;

6      **THEREFORE**, the parties agree and stipulate that NGM shall have up to and

7  including March 20, 2024, to file its Reply in support of its Motion.

8

9      Dated on March 11, 2024.

10

11  PEEL BRIMLEY, LLP                    BARRETT & MATURA, P.C.

12  By: /s/ *Cary B. Domina*             By: /s/ *Kevin C. Barrett*
13      Steven D. Meacham                    Kevin C. Barrett
        Cary B. Domina                       7575 Vegas Drive, Suite 150c
14      3333 East Serene Avenue, Suite 200   Las Vegas, Nevada 89128
        Henderson, Nevada 89074              *Attorneys for Defendant NGM*
15      *Attorneys for Plaintiff*            *Insurance Company*

16

17

18      **IT IS SO ORDERED.**

19

20      _____
        **U.S. District Court Judge**

21

22

23

24

25

26

27

28