STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Telephone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO.   : 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFF GALLAGHER-KAISER CORPORATION'S TIME TO RESPOND TO DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND NGM INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, and Defendants, HARTFORD CASUALTY INSURANCE COMPANY ("Hartford") by and through its attorneys of record, the law firm of McCLOSKEY, WARING & DRURY LLP and Defendants, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., hereby stipulate and agree as follows:

**WHEREAS,** Hartford filed its Motion for Summary Judgment on May 15, 2025 (the "Hartford Motion");

**WHEREAS,** NGM filed its Motion for Partial Summary Judgment on May 15, 2025 (the "NGM Motion");

**WHEREAS,** the original deadline for GK to file its Responses (the "Responses") to both the Hartford Motion and the NGM Motion (collectively, the "Motions") is June 5, 2025;

**WHEREAS,** due to scheduling conflicts, GK requested and received from Hartford's counsel and NGM's counsel an additional thirty (30) days to file its Responses to the Motions;

**THEREFORE**, the parties agree and stipulate that GK shall have up to and including Monday, July 7, 2025 to file its Responses to the Motions.

IT IS SO STIPULATED.

Dated this 4th day of June, 2025.

| PEEL BRIMLEY LLP | McCLOSKEY, WARING & DRURY LLP |
|---|---|
| /s/ Cary Domina | /s/ Andrew R. McCloskey |
| STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>CARY B. DOMINA, ESQ.<br>Nevada Bar No. 10567<br>3333 E. Serene Ave, Suite 200<br>Henderson, NV 89074<br>Telephone: (702) 990-7272<br>*Attorneys for Gallagher-Kaiser Corporation* | ANDREW R. McCLOSKEY, ESQ.<br>Nevada Bar No. 7441<br>4445 Eastgate Mall, Suite 200<br>San Diego, CA 92121<br>Direct: 619-237-3095<br>amccloskey@mwdllp.com<br>*Attorney for Hartford Casualty Insurance Company* |

**BARRETT & MATURA, P.C.**

/s/ Kevin C. Barrett

KEVIN C. BARRETT, ESQ.
Nevada Bar No. 8959
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
Direct: 702-833-1033
kbarrett@barrettmatura.com
*Attorney for NGM Insurance Company*

**IT IS SO ORDERED.**
Dated this __6__ day of June, 2025.

_____
Gloria M. Navarro
US DISTRICT COURT JUDGE