STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO.   : 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFF GALLAGHER-KAISER CORPORATION'S TIME TO RESPOND TO DEFENDANT NGM INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, and Defendant, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., hereby stipulate and agree as follows:

**WHEREAS,** NGM filed its Motion for Partial Summary Judgment on May 15, 2025 (the "Motion");

**WHEREAS,** the Parties previously stipulated to extend the deadline for GK to file its Response (the "Response") to the Motion to July 14, 2025;

**WHEREAS,** due to scheduling conflicts, GK requested and received from NGM's counsel an additional extension through Friday, July 18, 2025 to file its Response to the Motion;

**THEREFORE**, the parties agree and stipulate that GK shall have up to and including Friday, July 18, 2025 to file its Response to the Motion.

**IT IS SO STIPULATED.**

Dated this 14th day of July, 2025.

| PEEL BRIMLEY LLP | BARRETT & MATURA, P.C. |
|---|---|
| /s/ Cary Domina | /s/ Kevin C. Barrett |
| STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>CARY B. DOMINA, ESQ.<br>Nevada Bar No. 10567<br>3333 E. Serene Ave, Suite 200<br>Henderson, NV 89074<br>Telephone: (702) 990-7272<br>*Attorneys for Gallagher-Kaiser Corporation* | KEVIN C. BARRETT, ESQ.<br>Nevada Bar No. 8959<br>7575 Vegas Drive, Suite 150c<br>Las Vegas, Nevada 89128<br>Direct: 702-833-1033<br>Fax: 602-792-5710<br>kbarrett@barrettmatura.com<br>*Attorney for NGM Insurance Company* |

**IT IS SO ORDERED.**

July 14, 2025

_____
**US District Court Judge**