Kevin C. Barrett, State Bar No. 8959
**Barrett & Matura, P.C.**
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
Telephone: (702) 833-1033
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
*Attorneys for Defendant*
*NGM Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANT NGM INSURANCE COMPANY'S TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |
| NGM INSURANCE COMPANY, a Florida corporation,<br><br>　　　　　　　　Cross-Claimant,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company, DOES 1 through 2, inclusive,<br><br>　　　　　　　　Cross-Defendants. | |

Defendant, NGM Insurance Company ("NGM"), by and through its attorneys of record, the law firm of Barrett Matura, and Plaintiff, Gallagher-Kaiser Corporation ("GK"), by and through its attorneys of record, the law firm of Peel Brimley LLP, hereby stipulate

1  and agree to extend the deadline for NGM to file its Reply Brief in Support of its Motion
2  for Summary Judgment ("Reply"). The original deadline for NGM to file its Reply is
3  August 1, 2025. Due to various scheduling conflicts, NGM has requested, and Plaintiff has
4  agreed to, additional time in which to file its Reply. The parties agree and stipulate that
5  NGM shall have up to and including Friday, August 29, 2025 to file its Reply Brief in
6  Support of Motion for Summary Judgment.

Dated this 29th day of July, 2025.

| PEEL BRIMLEY LLP | BARRETT \| MATURA |
|---|---|
| /s/ *Cary B. Domina* | /s/ *Kevin C. Barrett* |
| Steven D. Meacham (Bar No. 9863) | Kevin C. Barrett (Bar No. 8959) |
| Cary B. Domina (Bar No. 10567) | 8925 East Pima Center Parkway |
| 3333 E. Serene Ave., Ste. 200 | Suite 215 |
| Henderson, NV 8907 | Scottsdale, Arizona 85258 |
| smeacham@peelbrimley.com | kbarrett@barrettmatura.com |
| cdomina@peelbrimley.com | *Attorney for NGM Insurance Company* |
| *Attorneys for Gallagher Kaiser Corporation* | |

IT IS SO ORDERED.

Dated this 29 day of July, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants, and causing a copy to be mailed to all non-ECF registrants.

/s/ *Briana S. Willson*
Briana S. Willson