STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO.  : 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>(Second Request) |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, and Defendants, HARTFORD CASUALTY INSURANCE COMPANY ("Hartford") by and through its attorneys of record, the law firm of McCLOSKEY, WARING & DRURY LLP and Defendants, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., hereby stipulate and agree as follows:

**WHEREAS,** The Court issued its Minute Order on July 28, 2025 Granting the stipulation and request to reschedule the in-person settlement conference scheduled for **Thursday, July 31, 2025, at 10:00 A.M.**;

///

1  **WHEREAS,** the Court ordered the settlement conference is reset for **Monday, October 27, 2025 at 10:00 a.m.**

3  **WHEREAS,** the parties requested telephonically and received approval from the Court to reset the date to **Tuesday October 28, 2025, at 10:00 a.m.**

5  **THEREFORE**, the parties agree and stipulate with the Courts approval to reschedule the Settlement Conference to **Tuesday October 28, 2025, at 10:00 a.m.**

7  **IT IS SO STIPULATED.**

Dated this 12th day of August, 2025.

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **BARRETT & MATURA, P.C.** |
| /s/ Cary Domina | /s/ Kevin Barrett |
| _____ | _____ |
| STEVEN D. MEACHAM, ESQ. | KEVIN C. BARRETT, ESQ. |
| Nevada Bar No. 9863 | Nevada Bar No. 8959 |
| CARY B. DOMINA, ESQ. | 7575 Vegas Drive, Suite 150c |
| Nevada Bar No. 10567 | Las Vegas, Nevada 89128 |
| 3333 E. Serene Ave, Suite 200 | Direct: 702-833-1033 |
| Henderson, NV 89074 | Fax: 602-792-5710 |
| Telephone: (702) 990-7272 | kbarrett@barrettmatura.com |
| *Attorneys for Gallagher-Kaiser Corporation* | *Attorney for NGM Insurance Company* |

**McCLOSKEY, WARING & DRURY LLP**

/s/ Heather McCloskey
_____
HEATHER L. McCLOSKEY, ESQ.
Nevada Bar No. 15279
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
Direct: 619-237-3095
Fax: 619-237-3789
amccloskey@mwdllp.com
*Attorney for Hartford Casualty Insurance Company*

**IT IS SO ORDERED.**

DATED: 8/14/2025

_____
Daniel J. Albregts
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that I am an employee of **PEEL BRIMLEY, LLP**, and that on this 12th day of August, 2025, I caused the above and foregoing document, **STIPULATION AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE,** to be served as follows:

☒ Upon all registered parties via the Court's electronic filing system;

☐ to be hand-delivered; and/or

☐ other _____

                         */s/ Christopher Tertipes*
                         An Employee of PEEL BRIMLEY LLP