STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO. : 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME TO SUBMIT SETTLEMENT CONFERENCE STATEMENT** |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, and Defendant, HARTFORD CASUALTY INSURANCE COMPANY ("Hartford"), by and through its attorneys of record, the law firm of McCLOSKEY, WARING & DRURY LLP, and Defendant, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., hereby stipulate and agree as follows:

**WHEREAS,** the Court ordered the parties to attend a mandatory settlement conference on Tuesday, October 28, 2024 at 10:00 a.m. (the "Settlement Conference");

/ / /

/ / /

1  **WHEREAS,** the Court also ordered the Parties to submit confidential settlement conference statements (the "Statements") by no later than Tuesday, October 21, 2025 at 4:00 p.m. ("Statement Deadline");

**WHEREAS,** due to scheduling conflicts and after consulting with the Court, the Parties have agreed to extend the Statement Deadline to Wednesday, October 22, 2025 at 4:00 p.m.;

**THEREFORE**, the parties agree and stipulate that the Parties shall have up to Wednesday, October 22, 2025 at 4:00 p.m. to submit their separate Statements.

**IT IS SO STIPULATED.**

Dated this 20th day of October, 2025.

| PEEL BRIMLEY LLP | BARRETT & MATURA, P.C. |
|---|---|
| /s/ Cary Domina | /s/ Kevin C. Barrett |
| STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>CARY B. DOMINA, ESQ.<br>Nevada Bar No. 10567<br>3333 E. Serene Ave, Suite 200<br>Henderson, NV 89074<br>Telephone: (702) 990-7272<br>*Attorneys for Gallagher-Kaiser Corporation* | KEVIN C. BARRETT, ESQ.<br>Nevada Bar No. 8959<br>7575 Vegas Drive, Suite 150c<br>Las Vegas, Nevada 89128<br>Direct: 702-833-1033<br>Fax: 602-792-5710<br>kbarrett@barrettmatura.com<br>*Attorney for NGM Insurance Company* |

**McCLOSKEY, WARING & DRURY LLP**

/s/ Heather McCloskey

HEATHER L. McCLOSKEY, ESQ.
Nevada Bar No. 15279
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
Direct: 619-237-3095
Fax: 619-237-3789
amccloskey@mwdllp.com
*Attorney for Hartford Casualty Insurance Company*

**IT IS SO ORDERED**.

DATED: 10/21/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE