STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
PEEL BRIMLEY, LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
smeacham@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*Gallagher-Kaiser Corporation*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY DUCT, LLC, a Nevada limited liability company; BIO SHIELD TECH, LLC, a foreign limited liability company; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance corporation; NGM INSURANCE COMPANY, a Florida corporation; and DOES 1-10 Insurance Company(ies), inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-00869-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFF GALLAGHER-KAISER CORPORATION'S TIME TO REPLY TO DEFENDANTS NGM INSURANCE COMPANY'S AND HARTFORD CASUALTY INSURANCE COMPANY OPPOSITIONS TO MOTION FOR RECONSIDERATION** |

Plaintiff, GALLAGHER-KAISER CORPORATION ("GK"), by and through its attorneys of record, the law firm of PEEL BRIMLEY LLP, Defendant, NGM INSURANCE COMPANY ("NGM"), by and through its attorneys of record, the law firm of BARRETT & MATURA, P.C., and Defendant, HARTFORD CASUALTY INSURANCE COMPANY ("Hartford"), by and through its attorneys of record, the law firm of McCLOSKEY, WARING & DRURY LLP, hereby stipulate and agree as follows:

**WHEREAS,** GK filed its Motion for Reconsideration regarding Order Granting Motion for Summary Judgment on January 26, 2026 (the "Motion");

**WHEREAS,** NGM and Hartford both filed their respective Oppositions to the Motion on February 9, 2026 (collectively, the "Oppositions");

**WHEREAS,** the original deadline for GK to file its Replies to the Oppositions (the

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ◆ FAX (702) 990-7273

"Replies") is February 17, 2026;

**WHEREAS,** due to scheduling conflicts, GK requested and received from NGM's counsel and Hartford's counsel an additional eight (8) day extension through Wednesday, February 25, 2026 to file its Replies to the Oppositions;

**THEREFORE,** the parties agree and stipulate that GK shall have up to and including Wednesday, February 25, 2026 to file its Replies to the Oppositions.

**IT IS SO STIPULATED.**

Dated this 18th day of February, 2026.

**PEEL BRIMLEY LLP**                          **BARRETT & MATURA, P.C.**

/s/ Cary Domina                              /s/ Kevin C. Barrett

---                                          ---

STEVEN D. MEACHAM, ESQ.                      KEVIN C. BARRETT, ESQ.
Nevada Bar No. 9863                          Nevada Bar No. 8959
CARY B. DOMINA, ESQ.                         7575 Vegas Drive, Suite 150c
Nevada Bar No. 10567                         Las Vegas, Nevada 89128
3333 E. Serene Ave, Suite 200                *Attorney for NGM Insurance Company*
Henderson, NV 89074
*Attorneys for Gallagher-Kaiser Corporation*
**McCLOSKEY, WARING & DRURY LLP**

/s/ Heather McCloskey

---

ANDREW R. McCLOSKEY, ESQ.
Nevada Bar No. 7441
HEATHER L. McCLOSKEY, ESQ.
Nevada Bar No. 15279
44445 Eastgate Mall, Suite 200
San Diego, CA 92121
*Attorneys for Hartford Casualty Insurance Company*

**IT IS SO ORDERED.**

Dated this __26 day of February, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT